STATE v. WADDELL

No. 557P02

Case below: 153 N.C. App. 202

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 21 November 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002.

STATE v. WILLIAMS

No. 264A90-6

Case below: Wayne County Superior Court

Petition by Attorney General for writ of certiorari to review the order of the Superior Court, Wayne County, allowed 21 November 2002. Justice Butterfield recused.

STATE v. WILLIAMS

No. 521PA02

Case below: 153 N.C. App. 192

Petition by Attorney General for writ of supersedeas allowed 21 November 2002. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 21 November 2002 as to issue number II only: "Did the indictment in this case sufficiently set forth the elements of the felony offense of habitual misdemeanor assault?"

STEEVES v. SCOTLAND CTY. BD. OF HEALTH

No. 551P02

Case below: 152 N.C. App. 400

Motion by respondents for temporary stay allowed 24 October 2002. Petition by respondents for writ of supersedeas denied and temporary stay dissolved 21 November 2002. Petition by respondents for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002.